UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BOARD OF EDUCATION OF THE SPRINGFIELD SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>HBH TECHNOLOGY, INC., *et al.*,<br><br>Defendants. | Case No. 3:17-cv-330<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |

# ORDER

On November 14, 2018, United States District Judge Thomas M. Rose granted Attorney Bryce A. Lenox's Motion to Withdraw as Attorney (Doc. #16) and granted Defendant HBH Technology, Inc. (formerly known as Computer Automation Systems, Inc.) until December 14, 2018 to acquire counsel or face possible sanctions including default judgment. Defendant HBH Technology did not acquire counsel.

It is well settled that corporations, partnerships, and associations cannot appear in federal court except through a licensed attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("[A] corporation cannot appear in federal court except through an attorney."). It is, moreover, insufficient that the person attempting to represent a business entity is one of its officers. *Ginger v. Cohn*, 426 F.2d 1385, 1386 (6th Cir. 1970).

Defendant HBH Technology must therefore retain a trial attorney. Defendant's attorney shall file a notice of appearance in this case on or before **January 3, 2020**.

Upon the filing of a notice of appearance, the case will proceed further. Defendant HBH Technology is advised that failure to timely comply with this Order to obtain new counsel may result in sanctions.

The Clerk of Court is directed to mail a copy of this Order to Defendant HBH Technology, Inc. at the following addresses:

>HBH Technology, Inc.
>f/k/a Computer Automation Systems, Inc.
>PO Box 590
>Mountain Home, AR 72654
>
>and
>
>HBH Technology, Inc.
>f/k/a Computer Automation Systems, Inc.
>2351 CR 57
>Mountain Home, AR 72653

**IT IS THEREFORE ORDERED THAT**:

Defendant HBH Technology, Inc. shall retain a licensed attorney to represent it in this case, and on or before **January 3, 2020**, Defendant's attorney shall file a notice of appearance in this case.

December 3, 2019               *s/Sharon L. Ovington*
                               Sharon L. Ovington
                               United States Magistrate Judge