# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Board of Education of The Springfield City School District, | : : : | |
| Plaintiff, | : : | Case No. 3:17-cv-00330 |
| vs. | : : : | District Judge Thomas M. Rose Magistrate Judge Sharon L. Ovington |
| HBH Technology, Inc., et al., | : : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #43), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.  The Report and Recommendations docketed on April 23, 2020 (Doc. #43) is ADOPTED in full;

2.  Plaintiff Board of Education of the Springfield City School District's Motion for Default Judgment Against Defendant HBH Technology, Inc., fka Computer Automation Systems, Inc. (Doc. #34) is **GRANTED, in part**, and the Clerk of Court is directed to docket an entry of default against Defendant HBC Technologies pursuant to Fed. R. Civ. P. 55(a); and

3.  Plaintiff Board of Education of the Springfield City School District's Motion for Default Judgment Against Defendant HBH Technology, Inc., fka Computer

Automation Systems, Inc. (Doc. #34) is **DENIED without prejudice** to renewal after the successor-in-interest issue is resolved at summary judgment or trial.

May 12, 2020                                        *s/Thomas M. Rose

                                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                    Thomas M. Rose
                                                    United States District Judge